7430

LEGARE v. ATLANTIC COAST LINE R. R.

Appeal—Magistrate Court.—A circuit order granting a new trial on
    appeal from magistrate court on ground that verdict is against the
    preponderance of the evidence is not appealable.

Before Watts, J., Berkeley, August, 1909.   Affirmed.

Action by Lucinda Legare against Atlantic Coast Line
R. R., in court of magistrate, R. O. Winter.  From circuit
order granting new trial, defendant appeals.

*Mr. Octavus Cohen,* for appellant.

*Mr. Jno. O. Edwards,* contra.

February 15, 1910.  The opinion of the Court was deliv-
ered by

Mr. Justice Gary.  This is an appeal from the following
order of his Honor, the Circuit Judge:

"The above six (6) cases were heard by me at the same
time by consent.  They were all appeals from magistrate
court, and involved substantially the same questions.  The
defendant claims that the only testimony on part of plaintiffs
was that stock killed was on defendant's railroad, and the
presumption of negligence under Danner's case and the
cases following it, and that evidence on the part of defend-
ant not only rebutted and overcame this presumption, but
that no other inference could be drawn from the testimony
and magistrate erred in not directing verdicts for defend-
ant.

"I cannot sustain this contention; it was a question of
fact for the jury, and the magistrate committed no error
in leaving it to them.  Still I am of opinion that new trials
should be granted in each case, as verdicts are wrong in that

the weight of testimony preponderated in favor of defendant.

"It is therefore ordered and adjudged that a new trial be granted in each case."

· The cases of *Pace & Co.* v. *R. R.,* 83 S. C., 33, and *Des-Champs* v. *R. R.,* 83 S. C., 192, show that the order is not appealable. Therefore, it would not be proper for this Court to consider the exceptions.

Appeal dismissed.